UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CV 3578

------------------------------------------------------------------ X
BANK OF AMERICA CORPORATION,                  :     JUDGE CASTEL
                                              :
                Plaintiff,                    :     Civ. Action No. _____
                                              :
        vs.                                   :
                                              :     RULE 7.1 STATEMENT
ABN AMRO BANK N.V. and ABN AMRO HOLDING N.V., :
                                              :
                Defendants.                   :
------------------------------------------------------------------ X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Bank of America Corporation certifies that Bank of America Corporation is a publicly traded company that has no corporate parents, and that no publicly held corporation owns 10% or more of the stock of Bank of America Corporation.

Dated:  May 4, 2007
        New York, New York

                                        Respectfully submitted,

                                        WACHTELL, LIPTON, ROSEN & KATZ

                                        By: _____
Of Counsel:                                 Eric M. Roth (ER-6632)
                                            51 West 52nd Street
    Rachelle Silverberg (RS-8285)           New York, New York 10019
    Stephen R. DiPrima (SD-7312)            (212) 403-1000

                                        *Attorneys for Bank of America Corporation*