# AFFIDAVIT OF PROCESS SERVER

In The United States District Court for the Southern District of New York

Bank of America Corporation  Case No: 07 CV 3578
Plantiff(s)
v.
ABN Amro Bank N.V. and ABN AMRO Holding N.V.
Defendant(s)

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized to perform said service.

**Service:** I served ABN AMRO Bank N.V.

with the (documents): Summons in a Civil Case; Complaint; Rule 7.1 Statement; and Civil Cover Sheet

**Person Served:** DROP SERVED ON CONTRACTUALLY-DESIGNATED PROCESS AGENT

**Attempted Service Address:** The Corporation Trust Company, 1209 N. Orange Street, Wilmington, Delaware 19801

**Date of Service:** May 4, 2007          **Time of Service:** 2:15 p.m.

**Manner of Service:**
( ) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.
**(X) Drop Served, by leaving at the office of the Contractually-Designated Process Agent**
**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address      ( ) Evading              ( ) Moved, left no forwarding
( ) Address does not exist  ( ) Service canceled by Litigant   ( ) Unable to serve in a timely fashion
( ) Other

**Service Attempts:**

**Description:** Age:    Sex:    Race:    Hgt:    Wgt:    Hair:    Glasses:

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

May 9, 2007        at    Wilmington,    Delaware
Date                     City           State

                                              Daniel Newcomb, Process Server

State of Delaware
County of New Castle

Subscribed and sworn before me, a Notary Public of the State of Delaware on May 9, 2007

**Witness My Hand and Official Seal To**

                                              William O. Golt/My Commission Expires 3/31/07
                                              Notary Public, State of Delaware