UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
BANK OF AMERICA CORPORATION,      :
                                  :    ECF Case
                     Plaintiff,   :
                                  :    No. 07 Civ. 3578 (PKC)
         vs.                      :
                                  :
ABN AMRO BANK N.V. and            :    CERTIFICATE OF SERVICE
ABN AMRO HOLDING N.V.,            :
                                  :
                     Defendants.  :
------------------------------------------------------- X

  I, Michael S. Winograd, certify that I am an associate at Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, New York 10019 and that on May 4, 2007, I caused copies of the Summons, Complaint, Civil Cover Sheet and Rule 7.1 Statement by Bank of America Corporation in the above-captioned action to be served on Defendants ABN AMRO Bank N.V. and ABN AMRO Holding N.V. in the manners specified below:

1. By Hand Delivery to:  ABN AMRO Bank N.V.
          c/o Corporation Trust Company
          1209 Orange Street
          Wilmington, Delaware 19801

          Davis Polk & Wardwell
          Attn: William L. Taylor
          450 Lexington Avenue
          New York, New York 10017

          Davis Polk & Wardwell
          Attn: William H. Aaronson
          450 Lexington Avenue
          New York, New York 10017

2. By Federal Express to:  ABN AMRO Holding N.V.
          Attn: The Board of Management
          Gustav Mahlerlaan 10
          1082 PP Amsterdam
          The Netherlands

-2-

>ABN AMRO Holding N.V.
>Attn: Rijkman Groenink, Chairman, Managing Board
>Gustav Mahlerlaan 10
>1082 PP Amsterdam
>The Netherlands
>
>ABN AMRO Holding N.V.
>Attn: Carin Gorter, SEVP; Head, Group Compliance
>  and Legal
>Gustav Mahlerlaan 10
>1082 PP Amsterdam
>The Netherlands
>
>ABN AMRO Bank N.V.
>Attn: Legal Department
>Gustav Mahlerlaan 10
>1082 PP Amsterdam
>The Netherlands
>
>ABN AMRO
>Attn: Eva Simon Thomas
>Gustav Mahlerlaan 10
>1082 PP Amsterdam
>The Netherlands

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Dated: May 4, 2007
New York, New York

_____
Michael S. Winograd