(AJSEC/S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x

BANK OF AMERICA CORPORATION,

    Plaintiff,

- against -

ABN AMRO BANK N.V. and ABN AMRO
HOLDING N.V.,

    Defendants.

---------------------------------- x



07 CV 3578 (PKC)
STIPULATION AND ORDER

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that defendants shall have to and including June 29, 2007 to answer, move or otherwise respond to the complaint in this action.

Dated: New York, New York
    May 23, 2007

WACHTELL, LIPTON, ROSEN & KATZ

By: _____
Eric M. Roth (ER-6632)
51 West 52nd Street
New York, New York 10019
(212) 403-1000

Attorneys for Plaintiff

DAVIS POLK & WARDWELL

By: _____
Lawrence Portnoy (LP-2568)
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

Attorneys for Defendants

SO ORDERED:
_____
P. Kevin Castel, U.S.D.J.
5-24-07